UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DJUANE LAMAR FLETCHER,<br><br>    Petitioner,<br><br>    v.<br><br>STUART SHERMAN, Warden,<br><br>    Respondent. | NO. CV 20-8538-DSF (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and this action is dismissed with prejudice as barred by the statute of limitations.

DATED: March 15, 2021

_____
DALE S. FISCHER
United States District Judge